

Dismissal of Charges - Ronnie Dunn 6459645
Vann, Joshua
to:
SHall
07/05/2017 10:15 AM
Hide Details
From: "Vann, Joshua" <joshua_vann@nps.gov>
To: <SHall@caed.uscourts.gov>

Hey Susan,

I would like to dismiss all charges against Mr Ronnie Dunn, CA71 6459645

If you could please let me know when the dismissal is processed, he is interested in having something in writing as he will be passing through customs on his way to Canada this week.

Thanks
--
Joshua T. Vann
Supervisory Ranger
Death Valley National Park
Office: 760-786-3293
Cell: 252-532-9045

VIOLATION NOTICE 6459645 / CA71
COURT CASE NO. 5:17-po-00112-JLT

CASE DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated:  7/5/17

_____
JENNIFER L. THURSTON
U.S. MAGISTRATE JUDGE